| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

CHARLES G. NOWAK §
and CARRIZAL SAM SANTOS, §
　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:08-CV-613
　　　　　　　　　　　　　　§
AMERICAN WEST AIRLINES, ET AL. §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on October 21, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss, without prejudice, the plaintiffs' case for lack of subject matter jurisdiction. No objections to the report and recommendation have been filed. Further, the court's independent review confirms that the magistrate judge's analysis is correct.

The magistrate judge's report is hereby **ADOPTED**. Final Judgment will be entered separately. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Sherman, Texas, this 18th day of November, 2008.

　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE